IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-vs-

EMANUEL L. LUTCHMAN

Defendant.

16-CR-6071FPG

**INFORMATION**
(Felony)

Violation:
18 U.S.C. § 2339B(a)(1)

(1 Count)

---

## COUNT 1

(Conspiracy to Provide Material Support
to a Foreign Terrorist Organization)

The United States Attorney Charges That:

From on or about December 25, 2015, to on or about December 30, 2015, in the Western District of New York, and elsewhere, the defendant, **EMANUEL L. LUTCHMAN**, a citizen of the United States, knowingly did combine, conspire and agree with other persons, known and unknown, to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b), that is, personnel and services, to a designated foreign terrorist organization, namely the Islamic State of Iraq and the Levant ("ISIL") a/k/a the Islamic State of Iraq and Syria a/k/a ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham a/k/a Daesh a/k/a Dawla al Islamiya, knowing that ISIL was a designated foreign terrorist organization, had engaged and was engaging in terrorist activity, as that term is defined in Title 8, United States Code, Section 1182(a)(3)(B), and had engaged and was engaging in terrorism, as that term is defined in Title 22, United States Code, Section 2656f(d)(2).

All in violation of Title 18, United States Code, Section 2339B(a)(1).

DATED: Rochester, New York, August 11, 2016.

                        WILLIAM J. HOCHUL, JR.
                        United States Attorney
                        Western District of New York

BY:    /s/ Brett A. Harvey
              BRETT A. HARVEY
              Assistant U.S. Attorney
              United States Attorney's Office
              Western District of New York
              100 State Street, Suite 500
              Rochester, New York 14614
              (585) 399-3949
              Brett.Harvey@usdoj.gov